■ In the Matter of QABAIL HIZBULLAHANKHAMON, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 1.) [827 NYS2d 914]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered October 28, 2005 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.